IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINAL E. OATES,** ) | |
| Plaintiff, ) | |
| vs. ) | CA 08-0478-CG-C |
| **MICHAEL J. ASTRUE,** ) **Commissioner of Social Security,** | |
| ) | |
| **Defendant.** | |
| ) | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 6, 2009, is **ADOPTED** as the opinion of this Court.

**DONE** this 27th day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE